No. D–1309. IN RE DISBARMENT OF SHANK. It is ordered that John E. Shank, of Cross Lanes, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1310. IN RE DISBARMENT OF ZWEIBON. It is ordered that Bertram Zweibon, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1311. IN RE DISBARMENT OF GHOBASHY. It is ordered that Omar Z. Ghobashy, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1312. IN RE DISBARMENT OF RABINOWITZ. It is ordered that Jacob Rabinowitz, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1313. IN RE DISBARMENT OF RUBIN. It is ordered that Leonard Howard Rubin, of Tarrytown, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1314. IN RE DISBARMENT OF BROWN. It is ordered that Seymour Brown, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–74. DEPARTMENT OF REVENUE OF OREGON v. ACF INDUSTRIES, INC., ET AL. C. A. 9th Cir. [Certiorari granted, 508 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.